49 So.2d 320

**BIRMINGHAM ELECTRIC CO. v. Inez GRADDICK et al.**

**6 Div. 164.**

Supreme Court of Alabama.

Dec. 7, 1950.

Lange, Simpson, Robinson & Somerville, of Birmingham, for petitioner.

Taylor, Higgins, Windham & Perdue, of Birmingham, opposed.

STAKELY, Justice.

Petition of Birmingham Electric Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Birmingham Electric Co. v. Graddick, 49 So. 2d 318.

Writ denied.

FOSTER, LIVINGSTON and LAW-SON, JJ., concur.